RECEIVED
NOV 04 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:20-cr-117 |
| v. | INDICTMENT |
| BRENTON MON'SHAE JONES, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 26 U.S.C. § 5841 |
| | T. 26 U.S.C. § 5845 |
| | T. 26 U.S.C. § 5861(c) |
| | T. 26 U.S.C. § 5861(d) |
| | T. 26 U.S.C. § 5871 |
| | T. 26 U.S.C. § 5872 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Felon in Possession of a Firearm)**

On or about August 12, 2020, in the Southern District of Iowa, the defendant, BRENTON MON'SHAE JONES, in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Glock 23, .40 caliber pistol, with serial number BDB093. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Receive and Possess a Machinegun)**

On or about August 12, 2020, in the Southern District of Iowa, the defendant, BRENTON MON'SHAE JONES, did knowingly receive and possess a firearm, a machinegun made from a Glock 23, .40 caliber pistol, with serial number BDB093, made in violation of the National Firearms Act.

This is a violation of Title 26, United States Code, Sections 5845, 5861(c), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Receive and Possess an Unregistered Machinegun)**

On or about August 12, 2020, in the Southern District of Iowa, the defendant, BRENTON MON'SHAE JONES, did knowingly receive and possess a firearm, a machinegun made from a Glock 23, .40 caliber pistol, with serial number BDB093, not registered to him in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction for the offenses alleged in Counts 1, 2 and 3 of this Indictment, the defendant, BRENTON MON'SHAE JONES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 26,

United States Code, Section 5872; and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Counts 1, 2 and 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d); Title 26 United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Will R. Ripley
Assistant United States Attorney